**Michael Carl JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44860.**

Missouri Court of Appeals, Western District.

Feb. 25, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1992.

Application to Transfer Denied June 2, 1992.

Dennis J.C. Owens, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

## ORDER

PER CURIAM.

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).